#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                           **CASE NO: 6:26-mj-1037-RMN**

**ABRAHAM RUHRER**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Abraham Ruhrer, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Northern District of Iowa was held on January 13, 2026.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that ABRAHAM RUHRER is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED**: The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 13, 2026.

Copies furnished to:

Counsel of Record

*(signed)* Robert Norway
ROBERT M. NORWAY
United States Magistrate Judge